58

*In re* JUAN PÉREZ REILLY.

*Número:* CE-88-79          *Resuelto:* 10 de marzo de 1995

*Juan E. Pérez Reilly*, peticionario; *Belén M. Guerrero-Calderón, Presidenta de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía.*

## RESOLUCIÓN

Visto el Informe de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía, se autoriza la readmisión del Lcdo. Juan Pérez Reilly al ejercicio de la abogacía efectivo el 15 de marzo de 1995.

Lo acordó el Tribunal y certifica el señor Secretario General. El Juez Presidente Señor Andréu García y la Juez Asociada Señora Naveira de Rodón no intervinieron.

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario General*